Ryan K. Bakhtiari (SBN 199147)
**AIDIKOFF, UHL & BAKHTIARI**
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone: (310) 274-0666
Telecopier: (310) 859-0513
Email: rbakhtiari@aol.com

Attorneys for Plaintiff Joseph Galdo,
and the Plaintiff Class

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA DIVISION**

| | | |
|---|---|---|
| JOSEPH GALDO,<br><br>Individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>-vs-<br><br>THE VANGUARD GROUP and DOES 1-10,<br><br>DEFENDANTS. | ) | Case No: 2:11-cv-08434-SJO-PJW<br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice.

Dated: November 16, 2011

Respectfully submitted,

Ryan K. Bakhtiari (SBN 199147)
**AIDIKOFF, UHL & BAKHTIARI**
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone: (310) 274-0666
Telecopier: (310) 859-0513
Email: rbakhtiari@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Dismissal was served on Defendant The Vanguard Group, Inc. at 100 Vanguard Boulevard, Malvern, Pennsylvania 19355 via process server.

Ryan Bakhtiari (SBN 199147)